1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **PATRICK T. MULVANY**           )     Case No.  CIV-10-745 CMK
   **XXX-XX-3223**                  )
12                                  )
                                    )
13                                  )     **STIPULATION AND ORDER**
            **Plaintiff,**          )     **EXTENDING PLAINTIFF'S TIME TO**
14                                  )     **FILE MEMORANDUM IN SUPPORT**
   v.                               )     **OF SUMMARY JUDGMENT**
15                                  )
   **MICHAEL J. ASTRUE**            )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                  )
            **Defendant.**          )
18                                  )
                                    )
19 _____)

20       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21 permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

22 this case is hereby extended from  September 14, 2010, to October 22, 2010.  This is Plaintiff's first

23 extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to insure older

24 cases have briefing priority.

25

26 / / / /

27 / / / /

28 / / / /

1

Dated: September 15, 2010    */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated:September 15, 2010    Benjamin G. Wagner

United States Attorney

/s/ *Timothy Bolin*
TIMOTHY BOLIN

Special Assistant U.S. Attorney

Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.


DATED:  September 17, 2010

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2