1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8                      **IN THE UNITED STATES DISTRICT COURT**

9                         **EASTERN DISTRICT OF CALIFORNIA**

10

11 **PATRICK T. MULVANY**          )      **Case No.  CIV-10-745 CMK**
   **XXX-XX-3223**                 )
12                                 )
                                   )
13                                 )      **STIPULATION AND ORDER**
              **Plaintiff,**       )      **EXTENDING PLAINTIFF'S TIME TO**
14                                 )      **FILE MEMORANDUM IN SUPPORT**
   **v.**                          )      **OF SUMMARY JUDGMENT**
15                                 )
   **MICHAEL J. ASTRUE**           )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                 )
              **Defendant.**       )
18 _____ )

19

20         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21 permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

22 this case is hereby extended from  October 22, 2010, to December 3, 2010.   This extension is required

23 due to Plaintiff's counsel's impacted briefing schedule and need to insure older cases have briefing

24 priority.

25

26 / / / /

27 / / / /

28 / / / /

                                          1

Dated: October 22, 2010                     /s/Bess M. Brewer
                                            BESS M. BREWER
                                            Attorney at Law

                                            Attorney for Plaintiff


Dated: October 25, 2010                     Benjamin G. Wagner

                                            United States Attorney

                                            /s/ Timothy Bolin
                                            TIMOTHY BOLIN

                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED:  October 29, 2010


                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE